*Gephart* for the fecond tenant moved to fet afide the judgment and all fubfequent proceedings.

*Per Curiam.* By the fervice of a new declaration by plaintiff's agent, though without knowledge of his attorney, the firft declaration and fervice was waived. The plaintiff may at any time ftay or waive his own proceedings, and his acts fhall bind him.

Let the proceedings in the firft fuit be fet afide, and the leffor of the plaintiff pay the cofts of this application.

## Byron and another *ads*. Lefferts.

THE declaration with oyer was ferved on defendant's attorney and afterwards having been difcovered to be incorrect, was amended and ferved *de novo*, without a new oyer, the one delivered being correct : the defendant's attorney refufed to receive this declaration without a new oyer, on which plaintiff proceeded and entered a default ; and now

*T. L. Ogden* for defendant moved to fet the default afide.

*Hopkins contra.*

*Per Curiam.* The fervice of oyer *de novo* was altogether unneceffary. The defendant muft take nothing by his motion.